AO 91 (Rev. 11/11) Criminal Complaint

Arrest 1/28 Brand:

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
JAN 29 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

United States of America )
v. )
)
Michael Johnson )
)
)
)

Case No. MO-15-MJ-049

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __1/29/2015__ in the county of __Ector__ in the
__Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) | Possession with intent to distribute a quantity of methamphetamine |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Justin Olberding-Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __1/29/2015__

City and state: __Midland, Texas__

_____
*Judge's signature*

David Counts, US Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Justin R. Olberding, having been duly sworn, depose and state: I am a Special Agent of the Drug Enforcement Administration (DEA) assigned to the Midland, Texas, Resident Office.  As a DEA Special Agent, I am empowered by Title 21, Section 878 of the United States Code to effect arrests, searches, and seizures for violations of the federal narcotics laws.  I have been a Special Agent of the DEA since December of 2010, during which time I have specialized in investigations involving narcotics trafficking.  I have received specialized training on the subject of narcotics trafficking and money laundering from the DEA and have been personally involved in investigations concerning the possession, manufacture, distribution, and importation of controlled substances, as well as methods used to finance drug transactions.

Prior to my employment with the DEA as a Special Agent, I was employed by the Kansas Highway Patrol as a Trooper for approximately four years.  Since July 2006, I have participated and supported numerous narcotic investigations involving the illegal manufacturing, possession, sale, distribution and importation of many different types of controlled substances.  I am familiar with the facts and circumstances of this investigation as a result of my personal participation in the investigation referred to in this affidavit and information summarized in reports I have reviewed.  I have compiled information derived from numerous discussions with experienced law enforcement officers, including Special Agents of the DEA and other State and Local law enforcement agencies.

The following information is based upon your Affiant's personal knowledge as well as information provided by other federal, state and local officers and is presented as probable cause to charge the herein named subjects.  Since this affidavit is being submitted for the limited purpose of establishing probable cause, your Affiant has not included each and every known fact regarding the instant investigation.  More specifically, your Affiant has set forth only pertinent facts that your Affiant believes are necessary to establish probable cause.

The DEA Midland Resident Office (MRO) is investigating methamphetamine distributors operating in West Texas.  On Thursday 01-29-2015 at approximately 6:00 am DEA MRO and the Midland Office of Homeland Security Investigations executed a search warrant at 1120 North Jackson Ave, #54, Odessa Texas. Michael JOHNSON was the sole occupant of the apartment and found in the only bedroom. During the search of the apartment Agents located a lock box on the chest of drawers and inside TFO Mitch Russell located approximately 22 grams of suspected Methamphetamine and two digital scales inside the lock box with documents related to Michael JOHNSON.  JOHNSON stated that the documents inside the lock box were his as were several USB thumb drives, but JOHNSON stated he was unaware of the methamphetamine. Also located in the bedroom was a North American Arms .22 magnum handgun that JOHNSON stated that he borrowed the handgun from his nephew Brandon DERRINGTON. Also located in the closet was a 12 gauge shotgun and an additional .22 caliber handgun.

1

Based on these facts, your Affiant believes that probable cause exists to show that Michael JOHNSON did possess with intent to distribute a quantity of methamphetamine in violation of 21 U.S.C. 841 (a)(1).

_____
Justin Olberding-Special Agent
Drug Enforcement Administration

SWORN AND SUBSCRIBED to before me on this 29th day of January 2015.

_____
David Counts
United States Magistrate Judge
Western District of Texas

2